# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

STEVEN STATHAS

                              Plaintiff

v.                                                Case No.: 4:12-cv-1665

                                                  Judge Vanessa D. Gilmore

ALLIED HOME MORTGAGE
CAPITAL CORPORATION, *et al.*

                              Defendant

## NOTICE OF SETTING

## TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable District Judge Vanessa D. Gilmore**

**PLACE:**

United States District Court
Courtroom 9-A, 9th floor
515 Rusk Ave
Houston, Texas 77002

**DATE:**  May 3, 2013
**TIME:**  1:30 p.m.
**TYPE OF PROCEEDING:** Scheduling Conference

Parties to submit a Joint Discovery Case Management Plan within 5 days of the conference.

**Date:** April 1, 2013

                                                  **David J. Bradley, Clerk**