UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVE STATHAS, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:11-CV-1665 |
| ALLIED HOME MORTGAGE CAPITAL CORPORATION, *et al*, | § § § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On this day came before the Court the parties Agreed Motion to Dismiss without prejudice. After reviewing the agreed Motion, the Court is of the opinion that the motion is meritorious and should be **GRANTED.**

**IT IS THEREFORE ORDERED** that all claims brought in this matter are dismissed without prejudice and that each party shall bear its own costs and attorney's fees.

SIGNED at Houston, Texas, this 2nd day of May, 2013.

_____
**VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE**